UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOBBIE M. FLOODMAN,

                Plaintiff(s),

         v.

HOME DEPOT U.S.A., INC.
and DOES 1 to 20,

                Defendant(s).
_____/

CASE NO. C09-05041 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  ✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
  ✓     Private ADR *(please identify process and provider)*   TO BE DETERMINED

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓     other requested deadline   180 DAYS FROM THE DATE OF ORDER.

Dated:_____

                                                       Attorney for Plaintiff

Dated: 3-15-10

                                                       /s/ Zachary S. Tolson
                                                       Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BOBBIE M. FLOODMAN

                           CASE NO. C09-05041 JW

            Plaintiff(s),

         v.                                STIPULATION AND [PROPOSED]
HOME DEPOT U.S.A., INC., AND DOES 1     ORDER SELECTING ADR PROCESS
TO 20,

            Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated:_____                                 _____
                                                   Attorney for Plaintiff

Dated:_____                                   Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

*IT IS SO ORDERED AS MODIFIED* [stamp, signed Judge James Ware, Northern District of California]

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
   Mediation
X  Private ADR

Deadline for ADR session
   90 days from the date of this order.
X  other   180 days from the date of this order.

IT IS SO ORDERED.

Dated: March 29, 2010

_____
UNITED STATES DISTRICT JUDGE