United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bobbie M. Floodman, | NO. C 09-05041 JW |
| Plaintiff(s),<br>v. | **ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |
| Home Depot U.S.A. Inc. Et al, | |
| Defendant(s). | |

  The Court having reviewed the parties' joint case management conference statement (Docket Item No. 9) finds that the parties' have consented to proceed before a United States Magistrate Judge for all purposes.

  The Court vacates the April 5, 2010 case management conference and any remaining pending deadlines and hearings based on the impending reassignment. The Clerk of Court shall reassign this case to a Magistrate Judge for all purposes

Dated: March 31, 2010

*/s/ James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Byron Churchwell Foster byroncfoster@gmail.com
Joshua Seth Goodman jgoodman@jgn.com
Zachary S. Tolson ztolson@jgn.com

| | |
|---|---|
| **Dated: March 31, 2010** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California