**\*\* E-filed April 12, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBIE M. FLOODMAN,<br><br>    Plaintiff,<br>  v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1–20,<br><br>    Defendants.<br>_____/ | No. C09-05041 HRL<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE**<br><br>[Re: Docket No. 15] |

Defendants' counsel submits a request to appear by telephone at the Initial Case Management Conference set for April 13, 2010 at 1:30 p.m. The court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: April 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-05041 HRL Notice will be electronically mailed to:**

Byron Churchwell Foster    byroncfoster@gmail.com
Joshua Seth Goodman    jgoodman@jgn.com, nsands@jgn.com, tprountzos@jgn.com
Zachary S. Tolson    ztolson@jgn.com, psanchez@jgn.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2