\*\* E-filed June 10, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBIE M. FLOODMAN,<br><br>    Plaintiff,<br>  v.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 to 20,<br><br>    Defendants. | No. C09-05041 HRL<br><br>**ORDER SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>**[Re: Docket No. 21]** |

Defendant advises the court that the parties have entered into a settlement in the above-entitled action. On or before **August 17, 2010**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 24, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: June 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05041 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Byron Churchwell Foster | byroncfoster@gmail.com |
| Joshua Seth Goodman | jgoodman@jgn.com, nsands@jgn.com, tprountzos@jgn.com |
| Zachary S. Tolson | ztolson@jgn.com, psanchez@jgn.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**