**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

** E-filed June 30, 2010 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOBBIE M. FLOODMAN,                              No. C09-05041 HRL

        Plaintiff,                       **ORDER DISMISSING CASE**

  v.

                                       **[Re: Docket No. 23]**

HOME DEPOT U.S.A., INC., and DOES 1
to 20,

        Defendants.
_____/

        Pursuant to the parties' stipulation (Docket No. 23), this action, in its entirety, is

DISMISSED WITH PREJUDICE.  Each party shall bear their own costs.  All future dates and

deadlines are VACATED.

        **IT IS SO ORDERED.**

Dated: June 30, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   **C09-05041 HRL Notice will be electronically mailed to:**

2   Byron Churchwell Foster          byroncfoster@gmail.com
    Joshua Seth Goodman             jgoodman@jgn.com, nsands@jgn.com, tprountzos@jgn.com,
3                                    ztolson@jgn.com
    Zachary S. Tolson               ztolson@jgn.com, psanchez@jgn.com
4

5   **Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28